# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CORONADO FERRA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ERIC H. HOLDER, Attorney General of the United States, et al.,<br><br>　　　　Respondent. | No. CV 11-6156-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition as moot. The Petition to Order the Adjudication of Entitlement for Reasonable Use of the Law Library is denied as moot because Petitioner is no longer in the federal detention center. (Dkt. No. 4.)

DATED: 10/25/11

　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE