# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CORONADO FERRA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Attorney General of the United States, et al., <br><br> Respondent. | No. CV 11-6156-DSF (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied as moot.

DATED: 10/25/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE